USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA, : 18-Cr-879 (SHS)

    -against- :

    ORDER

EVELIN JIMENEZ, :

    Defendant. :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    In light of the uncertainty concerning the COVID-19 virus, the proceeding scheduled for March 18, at 2:30 p.m., is adjourned to March 24, 2020, at 3:00 p.m. The parties have the Court's permission to appear before a magistrate judge prior to that date, if they wish.

Dated: New York, New York
       March 13, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.