USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 3/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -against- | : | |
| EVELIN JIMENEZ, | : | ORDER |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

In light of the uncertainty concerning the COVID-19 virus, the proceeding scheduled for March 18, at 2:30 p.m., is adjourned to April 29, 2020 at 3:30 p.m. The parties have the Court's permission to appear before a magistrate judge prior to that date, if they wish.

Dated: New York, New York
March 13, 2020

SO ORDERED:

Sidney H. Stein, U.S.D.J.