UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                18-Cr-879 (SHS)

    -v-                                      ORDER

EVELYN JIMENEZ,

        Defendant(s).

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the sentencing scheduled for April 29 is adjourned to June 29, 2020, at 3:30 p.m. Defense submissions are due by June 15, government submissions are due by June 22, 2020.

Dated: New York, New York
      March 30, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.