UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 18-Cr-879 (SHS) |
| -v- | ORDER |
| EVELIN JIMENEZ, | |
| Defendant(s). | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the Order in this case dated March 31, 2020 [Doc. No. 191], is amended to read as follows:  the proceeding scheduled for April 29, 2020, is adjourned to June 29, 2020, at 3:30 p.m.

Dated: New York, New York
       April 30, 2020

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.