UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -v- | : | |
| EVELIN JIMENEZ, | : | ORDER |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of the parties,

    IT IS HEREBY ORDERED that there will be a teleconference on Wednesday, July 1, 2020, at 2:30 p.m. The parties shall dial 888-273-3658, and enter access code 7004275, to join the teleconference.

Dated: New York, New York
       June 26, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.