UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  18-Cr-879 (SHS)

-v-  :  ORDER

EVELIN JIMENEZ,  :

            Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    The videoconference scheduled for today is adjourned to August 4, 2020, at 11:00 a.m. To optimize use of the Court's video conferencing technology, all participants in the call must:

    1.    Use a browser other than Microsoft Explorer to access Skype for Business;

    2.    Position the participant's device as close to the WiFi router as is feasible;

    3.    Ensure any others in the participant's household are not using WiFi during the period of the call;

    4.    Unless the participant is using a mobile telephone to access Skype for Business, connect to audio by having the system call the participant; and

    5.    If there is ambient noise, the participant must mute his or her device when not speaking.

    Co-counsel, members of the press, and the public may access the audio feed of the conference by calling 917-933-2166, and use Conference ID: 977213948.

Dated: New York, New York
       July 29, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.