

# MEMO ENDORSED

August 28, 2020

**Via ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

<u>United States v. Evelin Jimenez</u>, 18 Cr. 879 (SHS)
Request for Permission to Travel

Honorable Judge Stein:

      We write this letter to respectfully request permission for Ms. Evelin Jimenez to travel to Pennsylvania from September 5th – 7th, 2020 in order to celebrate her 11th wedding anniversary. She and her husband would be staying at a home in East Stroudsburg, Pennsylvania. We have conferred both with the AUSA and Ms. Jimenez' US Pretrial Services Officer and neither has any objection to this request. We thank the Court in advance for its consideration of this matter.

Respectfully,
s/ Judith Vargas
Judith Vargas, Esq.

Application granted.

Dated: New York, New York
August 31, 2020

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.

NEW YORK
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668-0024 * Fax: 212.668.0060

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917

Judithvargas1@aol.com