

**THE LAW OFFICES OF
JUDITH VARGAS**

# MEMO ENDORSED

October 14, 2021

**Via ECF**
The Honorable Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

<u>U.S. v. Evelin Jimenez</u>, 18 Cr. 879 (SHS)
Consent Request for Amended Scheduling of Sentencing Submissions

Honorable Judge Stein:

We write with the consent of the government to respectfully request an amended schedule for the defense and government sentencing submissions in this matter. The defense requests to be permitted to file its sentencing submission by Friday, October 22, 2021. The government would then file its sentencing submission by Monday, October 25, 2021. The government consents to this amended schedule. The sentencing hearing would remain as set for November 5, 2021.

We thank the Court in advance for its consideration of this matter.

Respectfully,
s/ Judith Vargas
Judith Vargas, Esq.

**The amended schedule is granted.**

**Dated: New York, New York
October 15, 2021**

SO ORDERED:

Sidney H. Stein, U.S.D.J.

NEW YORK
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668-0024 * Fax: 212.668.0060

Judithvargas1@aol.com

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917