UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,　　　　　　　:　　18-Cr-879 (SHS)

　　　　　　-v-　　　　　　　　　　　　　　　:　　ORDER

EVELIN JIMENEZ,　　　　　　　　　　　　　:

　　　　　　　Defendant.　　　　　　　　　　:

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

　　　The sentencing of defendant having commenced on August 9, 12022,

　　　IT IS HEREBY ORDERED that the sentencing is adjourned to August 12, 2022, at 12:00 p.m.

Dated: New York, New York
　　　　August 10, 2022

　　　　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Sidney H. Stein, U.S.D.J.