UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -v- | : | ORDER |
| EVELIN JIMENEZ, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant having filed a letter request for an adjournment of her surrender date [Doc. No. 484],

    IT IS HEREBY ORDERED that in light of Ms. Jimenez's pregnancy, the request to adjourn the surrender date is granted. Ms. Jimenez shall surrender for service of her sentence on Friday, May 5, 2023, on or before 2:00 p.m., at the institution designated by the Bureau of Prisons. In addition, the defendant is directed to file a status report on or before February 3, 2023.

Dated: New York, New York
       October 25, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.