

**THE LAW OFFICES OF**
**JUDITH VARGAS**

# MEMO ENDORSED

May 22, 2023

**Via ECF**
The Honorable Sidney H. Stein
Senior United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**   *U.S. v. Evelin Jimenez*, **18-Cr-879 (SHS)**
Request for Authorization to Travel and Visit Sister at FPC Alderson, WV

Dear Judge Stein:

    We write to request authorization from the Court to allow Ms. Jimenez permission to (1) travel to Alderson, West Virginia, and (2) to visit with her sister, Ana Y. Jimenez, who is currently serving her sentence on this case at FPC Alderson, in West Virginia. Ms. Jimenez would travel from May 26, 2023, through May 29, 2023, to West Virginia and stay at the ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Respectfully,

*s/ Judith Vargas*
Judith Vargas, Esq

**The request to travel is granted.**

**Dated:** New York, New York
       May 22, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

NEW YORK
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668.0024 * Fax: 212.668.0060

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917

Judithvargas1@aol.com