UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

EVELIN JIMENEZ,

Defendant.

18-CR-879 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge:

On August 12, 2022, defendant was sentenced principally to a term of imprisonment of 52 months.

On April 19, 2024, defendant filed a motion requesting that the Court reduce her sentence pursuant to Amendment 821 to the Sentencing Guidelines which went into effect on November 1, 2023, and applies retroactively.

The Court has determined that defendant is not eligible for a sentence reduction. Defendant is precluded from the status points reduction in Amendment 821 because she did not receive an enhancement for committing the instant offense while under a criminal justice sentence. See U.S.S.G. § 4A1.1. In addition, defendant is precluded from the zero-point offender reduction because, while she had zero criminal history points, she received an aggravating role adjustment pursuant to § 3B1.1(c). See U.S.S.G. § 4C1.1.

Accordingly, defendant's motion is hereby DENIED.

The Clerk of Court is directed to mail a copy of this Order to Evelin Jimenez (#86321-054), FCI Danbury, Federal Correctional Institution, Route 37, Danbury, CT 06811.

Dated: New York, New York
      May 22, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.